## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CANDICE WILHELM, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:23-cv-15630<br>)<br>) |
| ZAP SOLUTIONS, INC., | )<br>) |
| Defendant. | ) |

## **PARTIES' JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

The Parties jointly advise the Court that they have reached a settlement agreement in principle and are working to finalize the settlement documents. The Parties anticipate finalizing the settlement and that Plaintiff will dismiss this action within twenty-one (21) days. In light of the settlement, the Parties respectfully request that the Court stay the December 11, 2023 deadline for Strike to file its responsive pleading (*see* Dkt. 8), at which time the deadline shall be moot. The Parties stand ready to comply with any further orders of the Court.

Dated: December 7, 2023                                  Respectfully submitted,

**CANDICE WILHELM**                                      **ZAP SOLUTIONS, INC.**

By:*/s/ James L. Simon*                                   */s/ Amy Y. Cho*
    One of Her Attorneys                                One of Its Attorneys

Michael L. Fradin, Esq.                                  Matthew C. Wolfe (#6307345)
8 North Court Street, Suite 403                          Amy Y. Cho (#6303051)
Athens, OH  45701                                        Kathleen M. Ryan (#6333276)
(847) 986-5889                                           SHOOK, HARDY & BACON L.L.P.
mike@fradinlaw.com                                       111 South Wacker Drive, Suite 4700
                                                         Chicago, IL  60606
James L. Simon                                           (312) 704-7700
SIMON LAW CO.                                            mwolfe@shb.com
11-1/2 North Franklin Street                             acho@shb.com
Chagrin Falls, OH  44022                                 kxryan@shb.com
(216) 816-8696
james@simonsayspay.com                                   *Attorneys for Defendant Zap Solutions, Inc.*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Amy Y. Cho, an attorney, hereby certify that on December 7, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Court via the Court's ECF/CM system, which sends notification to all counsel of record. I further certify that I caused a courtesy copy of this filing to be served by electronic mail upon the following counsel:

>Michael L. Fradin, Esq.
>8 North Court Street, Suite 403
>Athens, OH 45701
>(847) 986-5889
>mike@fradinlaw.com

>James L. Simon
>SIMON LAW CO.
>11-1/2 North Franklin Street
>Chagrin Falls, OH 44022
>(216) 816-8696
>james@simonsayspay.com

>*Attorneys for Plaintiff*

>/s/ Amy Y. Cho