UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Candice Wilhelm | ) Case No. 23-cv-15630 |
| | ) |
| Plaintiff, | ) Judge Nancy L. Maldonado |
| | ) |
| vs. | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| | ) |
| Zap Solutions, Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Candice Wilhelm, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: December 11, 2023

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023 a true and complete copy of the

- 1 -

- 2 -

forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/  Michael L. Fradin